AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR: )
A BLACK SAMSUNG GALAXY S9, MOBIL PHONE, IMEI 352410091613245, FCC ID )
A3LSMG960U, SEIZED FROM DEFENDANT JOHN DRAGO (MOBILE DEVICE) )

Case No. MJ 18-713

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 01 2018 ★
LONG ISLAND OFFICE

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____New York____
*(identify the person or describe the property to be searched and give its location):*

A BLACK SAMSUNG GALAXY S9, MOBILE PHONE, IMEI 352410091613245, FCC ID A3LSMG960U

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attached Affidavit

**YOU ARE COMMANDED** to execute this warrant on or before ____August 15, 2018____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____the Duty Magistrate Judge____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 08/01/2018 3:50 pm    /s/ A. Kathleen Tomlinson
                                             *Judge's signature*

City and state: Central Islip, New York    Hon. A. Kathleen Tomlinson    U.S.M.J.
                                             *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                        _____
                                                          *Executing officer's signature*

                                                      _____
                                                          *Printed name and title*