BTR
F#2015R01936

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

In Re Search Warrant:
Black Samsung Galaxy
S9 Mobile Phone, et al.

UNSEALING ORDER

18 MJ 713(AKT)

- - - - - - - - - - - - - - - - X

UPON THE APPLICATION of the United States by Burton T.

Ryan, Jr., Assistant United States Attorney, on behalf of

RICHARD P. DONOGHUE, United States Attorney for the Eastern

District of New York, it is hereby

ORDERED that, the above captioned search warrant, be

unsealed for all purposes.

Dated: Central Islip, New York.
       November      , 2018

SO ORDERED

/S/ STEVEN I. LOCKE

HON. STEVEN I. LOCKE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 08 2018   ★

LONG ISLAND OFFICE